

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2012

**By Facsimile**
Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Raymond Bitar and Nelson Burtnick**
**S8 10 Cr. 336 (LAK)**

Dear Judge Freeman:

The Government respectfully requests that indictment S8 10 Cr. 336 be unsealed. Defendant Raymond Bitar is expected to be arrested later this morning at JFK Airport and will be presented and arraigned on indictment S8 10 Cr. 336 following arrest. Accordingly, the Government requests that the indictment be unsealed so that it can be provided to defendant and defense counsel.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *[signature]*
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

SO ORDERED:

*[signature]*
Hon. Debra Freeman
Dated: 7/2/12